

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-18-00123-CV

| | | |
|---|---|---|
| Dale Wayne Moseley | § | From the 367th District Court |
| | § | of Denton County (2012-50467-367) |
| v. | | |
| | § | June 21, 2018 |
| Dianna Ruth Gandee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders. It is ordered that the orders of the trial court are affirmed.

It is further ordered that Appellant Dale Wayne Moseley shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth